1 **JONATHAN W. BIRDT**
2 18252 Bermuda Street
  Porter Ranch, CA 91326
3 Telephone:   (818) 400-4485
4 Facsimile:   (818) 428-1384
  jon@jonbirdt.com
5 Attorney for Plaintiff

6

7            UNITED STATES DISTRICT COURT

8            CENTRAL DISTRICT OF CALIFORNIA

9

10

| 11 | Taran Tactical Innovations, LLC | ) | **CASE NO.** |
| 12 | | ) | |
| 13 | Plaintiff, | ) | COMPLAINT FOR PATENT INFRINGEMENT AND COPYRIGHT VIOLATION |
| 14 | vs. | ) | |
| 15 | | ) | |
| 15 | Robert Fellenstein individually and | ) | JURY TRIAL DEMANDED |
| 16 | doing business as Competition | ) | |
| 17 | Ready Solutions, LLC. | ) | |
| 17 | Defendants. | ) | |
| 18 | _____ | ) | |

19
20

21  COMES NOW Plaintiff, who alleges violation of Patent and Copy Rights by
22  Defendants:
23  1.   Plaintiff, Taran Tactical Innovations, LLC is headquartered and has as its'
24       principal place of Business, in California.
25  2.   Defendant Robert Fellenstein in some collective form owns manufacturing
26       equipment used to manufacture the infringing product in conjunction with a
27       retail business establishment, website and mail order sales service that
28       advertises, sells and distributes the infringing product.  Defendants principal
         place of business and residence is in Ohio.

3. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332.

4. On March 9, 2014, United States Patent No. 7,509,767 was issued to the plaintiff for an invention of base plates. The plaintiff owned the patent throughout the period of the defendant's infringing acts and still owns the patent.

5. The defendant has infringed and is still infringing the Letters Patent by making, selling, and using base plates that embody the patented invention, and the defendant will continue to do so unless enjoined by this court.

6. The plaintiff has complied with the statutory requirement and has given the defendant written notice of the infringement and Defendant failed to respond.

7. Plaintiff maintains a website with Copyrighted photographs that Defendant has misappropriated and uses to publicly market his products.

Therefore, the plaintiff demands:

(a) a finding that Defendant has violated Plaintiff's Patent Rights;
(b) a finding that Defendant has violated Plaintiff's Copyright Rights;
(c) a preliminary and final injunction against the continuing infringements;
(d) an accounting for damages; and
(e) interest and costs.

December 2, 2015

__/s/_____
Jonathan W. Birdt

COMPLAINT - 2